IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02596-BNB

DAVID JACKSON,

    Plaintiff,

v.

ERIC KEN SHINSEKI, United States Secretary of Veterans Affairs, and
LYNETTE A. ROFF, Director, VA Eastern Colorado HCS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02596-BNB

David Jackson
PO Box 471411
Aurora, CO 80047

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk