IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 5 - 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02596-MSK-CBS

DAVID JACKSON,

    Plaintiff,

v.

ERIC KEN SHINSEKI, United States Secretary of Veterans Affairs, and
LYNETTE A. ROFF, Director, VA Eastern Colorado HCS,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 4th day of November, 2010.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02596-MSK-CBS

David Jackson
P.O. Box 471411
Aurora, CO 80047

United States Secretary of Veterans Affairs- **CERTIFIED**
Eric Ken Shinseki
810 Vermont Ave. NW
Washington, D.C. 20420

Lynetter A. Roff, Director, VA Eastern Colorado - **CERTIFIED**
1055 Clermont St.
Denver, CO 80220

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the The United States Attorney General; to the United States Attorney's Office for service of process on Lynette A. Roff, and Eric K. Shinseki, Secretary of Department of Veterans Affairs: COMPLAINT FILED 10/25/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on __11/5/10__.

                                                                  GREGORY C. LANGHAM, CLERK

                                                                  By:_____
                                                                            Deputy Clerk