**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

**Civil Action:** 10-cv-02596-MSK-CBS      **FTR** - Reporter Deck-Courtroom A402
**Date:** February 7, 2011      **Courtroom Deputy:** Linda Kahoe

DAVID JACKSON,      *Pro se*

    Plaintiff,

v.

LYNETTE A. ROFF,      Jamie L. Mendelson
ERIC KEN SHINSEKI,
UNITED STATES DEPARTMENT
  OF VETERANS AFFAIRS,
USA,

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:**     **PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**      10:13 a.m.
Court calls case. Appearance of counsel. *Plaintiff appears pro se.*

Discussion regarding Motion for Disclosure Pursuant to Federal Rules of Civil Procedure 26(a), doc #[14], filed 11/23/2010.

**ORDERED:**      Motion for Disclosure Pursuant to Federal Rules of Civil Procedure 26(a), doc #[14], is **DENIED.** Plaintiff may file a written objection to this ruling within 14 days from today's date.

**ORDERED:**      Discovery is **STAYED** pending a ruling on the Motion to Dismiss, doc #[42]. Plaintiff may file a written objection to this ruling within 14 days from today's date.

Discussion regarding the Amended Complaint, doc #[47], filed 1/26/2011.

Ms. Mendelson states she will be filing a Motion to Dismiss.

The court suggests that Mr. Jackson hire an attorney to represent him. Mr. Jackson states he will try to obtain counsel.

HEARING CONCLUDED.
**Court in recess:**      10:57 a.m.
Total time in court:      00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.