**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02596-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 11, 2011** | **Courtroom Deputy:**  Linda Kahoe |

DAVID JACKSON, *Pro se*

    Plaintiff,

    v.

ERIC KEN SHINSEKI, *et al.,*   Jamie L. Mendelson

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:      10:20 a.m.**
Court calls case.  Appearance of counsel.

Mr. Jackson states he was late due to delays with public transportation.  The court admonishes Mr. Jackson to appear on time for court hearings.

Discussion regarding Emergency Motion to Effectuate Service of Summons and Complaint on Defendants, doc #[57] filed 4/19/2011.  The court accepts the government's concession that all Defendants have been properly served.

**ORDERED**:   The Emergency Motion to Effectuate Service of Summons and Complaint on Defendants, doc #[57], is **DENIED as MOOT**.

The court states that the Motion to Dismiss, doc #[51], has not been referred.

Ms. Mendelson states that the court issued an Order staying discovery pending a ruling on the motion to dismiss.

Mr. Jackson objects to the current stay of discovery.

**ORDERED**:   Mr. Jackson's objection is overruled.  Discovery will remain **STAYED** pending a ruling on the Motion to Dismiss, doc #[51].

HEARING CONCLUDED.

**Court in recess**:     **10:59 a.m.**
Total time in court:     00:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.