IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 10-cv-02596-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 29, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                            *Counsel:*

DAVID JACKSON,                      *Pro se*

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF      Mark Pestal
VETERANS AFFAIRS,

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: STATUS CONFERENCE**
**Court in Session:**    10:51 a.m.
Court calls case. Appearances of counsel.

Also present at Defendant's table: James Sternesky and Tom Kennedy from the VA.

Discussion between the Court and counsel regarding Plaintiff's Motion to Redact and Amend Transcript of the October 4, 2011 Settlement Hearing [Doc. No. 91].

**ORDERED:**   Plaintiff's Motion to Redact and Amend Transcript of the October 4, 2011 Settlement Hearing [Doc. No. 91] is DENIED for the reasons stated on the record.

Discussion regarding Plaintiff's Motion for Court Order Approving Enclosed Subpoena's and a Court Order Directed to the United States Marshal to Served the Subpoena's Pursunt to 28 U.S.C. § 1915 and a Court Order Setting a Date for a Hearing on the Subpoena Based on Plaintiff Being Homeless, Indigent Poor Person and Unable to Effectuate the Needed Processes [Doc. No. 97].

**ORDERED:**   Plaintiff's Motion for Court Order Approving Enclosed Subpoena's and a Court

Order Directed to the United States Marshal to Served the Subpoena's Pursunt to 28 U.S.C. § 1915 and a Court Order Setting a Date for a Hearing on the Subpoena Based on Plaintiff Being Homeless, Indigent Poor Person and Unable to Effectuate the Needed Processes [Doc. No. 97] is DENIED WITHOUT PREJUDICE.

Hearing Concluded.

**Court in recess:** **11:09 a.m.**
Total time in court:   00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.